UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6467 ODW(ANx) | Date | April 9, 2010 |
|---|---|---|---|
| Title | Robert E. Greiling, Jr. v. John Zahoudanis, et al. | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** **Order to Show Cause re Dismissal for Failure to Comply With the Court's Scheduling and Case Management Order; Order Continuing Pretrial Conference**

On June 19, 2009 the Court issued its Scheduling and Case Management Order [90], which set forth a schedule of pretrial hearing dates and deadlines, in particular the date by which pretrial documents must be lodged/filed. These dates were most recently modified in the order at docket entry [111].

The Court's Scheduling and Case Management Order includes the following caveat: **"If counsel fail to file the required Pre-Trial documents or fail to appear at the Pre-Trial Conference and such failure is not otherwise satisfactorily explained to the Court: (a) the cause shall stand dismissed for failure to prosecute if such failure occurs on the part of the plaintiff; (b) default judgment shall be entered if such failure occurs on the part of the defendant; or (c) the Court may take such action as it deems appropriate."**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6467 ODW(ANx) | Date | April 9, 2010 |
|---|---|---|---|
| Title | Robert E. Greiling, Jr. v. John Zahoudanis, et al. | | |

    The parties in this case have failed to comply with the Scheduling and Case Management Order. The court is in receipt of plaintiff's witness list, exhibit list and memorandum of contentions of fact and law, however, the Court has received no pretrial documents from any defendant, and plaintiff has failed to file a Proposed Pretrial Conference Order.

    The parties are ordered to show cause why this case should not be dismissed for failure to comply with the Court's orders.

    The Pretrial Conference presently scheduled for April 12, 2010 at 3:30 p.m., is hereby CONTINUED to **Monday, April 19, 2010 at 3:30 p.m.** A hearing on the Court's Order to Show Cause will be held at the Pretrial Conference. Motions In Limine, Proposed Voir Dire Questions and an Agreed-to Statement of the Case remain due on **Monday, April 12, 2010.**

    IT IS SO ORDERED.

                                                                                                :   00

Initials of Preparer     RGN